## Ex parte Thomes.

A feme covert cannot bind herself, by an executory contract, to convey her own lands, even though her husband join with her in the obligation.

Nor can her administrator be empowered, under *Stat.* 1821, *ch.* 52, *sec.* 13, to carry such contract into effect by executing a deed.

*Mrs. Mahan* and her husband, in her life time, entered into a contract with the petitioner *Thomes*, to convey to him certain lands belonging to her, upon payment of a certain sum of money ; which being paid, and she having since deceased, he now prefer-

red his petition to this Court, stating these facts, and thereupon praying that her administrator might be empowered to execute a deed, pursuant to *Stat.* 1821, *ch. 52, sec. 13.*

But THE COURT said that the contract being executory, it was not binding on the wife, she being a feme covert ;—and that therefore they could not, under the statute, grant any authority to her administrator to convey the estate. The administrator can be empowered only in those cases where the intestate was legally bound. So the petitioner took nothing by his petition.